JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EMILY LEATHERMAN,               ) Case No. CV 13-5826 DSF (JCG)
                    Petitioner, )
                                ) **JUDGMENT**
            v.                  )
FEDERAL COURTS,                 )
                    Respondent. )
_____     )

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.


DATED: <u>August 22, 2013</u>

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE