JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY LEATHERMAN,<br><br>        Petitioner,<br><br>        v.<br><br>FEDERAL COURTS,<br><br>        Respondent. | Case No. CV 13-5826 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: August 22, 2013

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE